UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT S. KRIEBAUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | )   Case No. 4:05CV2392MLM |
| | ) |
| JO ANNE B. BARHNART | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment is entered for Defendant Jo Anne B. Barnhart, the Commissioner of Social Security, and against Plaintiff Scott Kriebaum, and that Plaintiff's Complaint is **DISMISSED**, with prejudice. Doc. 1.

                                              /s/Mary Ann L. Medler
                                              MARY ANN L. MEDLER
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2006.